UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BAKARI CANN** *Plaintiffs* VERUS **STATE FARM FIRE AND CASUALTY COMPANY** *Defendant* | **CIVIL ACTION NO.: 22-3439** **JUDGE JAMES D. CAIN, JR.** **MAGISTRATE JUDGE LeBLANC** |

### MOTION TO WITHDRAW FUNDS FROM COURT REGISTRY

NOW COMES Plaintiff, Bakari Cann, through undersigned counsel, who requests that the $5,000.00 Settlement Funds deposited by Defendant be withdrawn from the Court's registry and sent to Plaintiff's undersigned counsel according to the following facts:

I.

Defendant deposited a settlement check with this Court in the amount of $5,000.00 for the settlement agreed upon by both parties.

II.

On April 25 of 2022, Plaintiff and Defendant engaged in a mediation hosted at Strauss, Massey & Dinneen wherein both parties agreed to a final settlement payment of $5,000.00.

III.

Plaintiff completed the process of finalizing the settlement by providing Defendant with an executed release.

IV.

Counsel for Defendant has been notified of this filing and has no objection.

V.

As such, Plaintiff requests that the $5,000.00, which has been deposited into the Court Registry, be released to the Sangisetty Law Firm, LLC on behalf of plaintiff, Bakari Cann.

WHEREFORE, Plaintiff, prays that these documents be accepted in the record and made a part of the record thereof. Plaintiff further prays that the attorney curator fees deposited into the

Court Registry in the above captioned matter be released in regards to the above captioned matter.

        **Respectfully submitted:**

        **SANGISETTY LAW FIRM**
        */s/ Ravi Sangisetty*
        RAVI SANGISETTY (#30709)
        WILLIAM BOYLES (#31632)
        BROOKE LONG (#35665)
        AMANDA OLMSTED (#40002)
        **SANGISETTY LAW FIRM**
        3914 Canal St.
        New Orleans, Louisiana 70119
        Telephone: (504) 662-1016
        Facsimile: (504) 662-1318
        E-mail:  rks@sangisettylaw.com
                 william@sangisettylaw.com
                 brooke@sangisettylaw.co
                 amanda@sangisettylaw.com

        *COUNSEL FOR PLAINTIFF*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 1st day of August 2024.

        */s/ Ravi Sangisetty*