UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| BAKARI CANN | * | CIVIL ACTION NO.: 1:22-cv-03439 |
| | * | |
| VS | * | JUDGE: DEE D. DRELL |
| | * | |
| STATE FARM FIRE AND CASUALTY | * | MAGISTRATE JUDGE: |
| COMPANY, STATE FARM GENERAL | * | JOSEPH H.L. PEREZ-MONTES |
| INSURANCE COMPANY AND STATE | * | |
| FARM MUTUAL AUTOMOBILE | * | |
| INSURANCE COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice, with each party to bear its own fees and costs. All other existing dates and deadlines in this matter are hereby vacated.

Alexandria, Louisiana, this 29th day of April 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT